# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00741-CR
## NO. 03-10-00799-CR

**Sylvester Kendre Brown, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NOS. 66704 & 66265, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's appointed attorney was granted four extensions of time, totaling 120 days, to file a brief in these causes. In granting the last extension, to May 13, 2011, the Court told counsel that no further extension would be granted. No brief has been received.

The appeals are abated. The trial court shall conduct a hearing to determine whether the attorney it appointed to represent appellant has abandoned the appeals. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If necessary, the court shall appoint substitute counsel who will effectively represent appellant in these causes. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than July 25, 2011. Rule 38.8(b)(3).

Before Chief Justice Jones, Justices Henson and Goodwin

Abated

Filed:   June 24, 2011

Do Not Publish